PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Marc Sorrentino                                    Cr.: 14-00558-001
                                                                     PACTS #: 735141

Name of Sentencing Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/05/2018

Original Offense:    Aiding in the Preparation of False Tax Returns, 26 U.S.C. § 7206(2)

Original Sentence: 24 months imprisonment, 12 months supervised release

Special Conditions: $100 - Special Assessment, $7,500 - Fine, $337,693 - Restitution, Financial Disclosure, Internal Revenue Service Cooperation, New Debt Restrictions, and Self Employment / Business Disclosure

Type of Supervision: Supervised Release          Date Supervision Commenced: 09/28/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failed to Satisfy Fine and Restitution |

**U.S. Probation Officer Action:**

Throughout his term of supervised release, Sorrentino has paid $4,715 towards his restitution. His supervision is due to expire on September 27, 2021, with an outstanding restitution balance of $330,178 and outstanding fine balance of $7,500. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of his earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Prob 12A – page 2
Marc Sorrentino

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:  ELISA MARTINEZ
Supervising U.S. Probation Officer

PREPARED BY:

*Brendan G. Murillo*   9/7/2021
BRENDAN G. MURILLO   Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Allow Supervision to Expire as Scheduled on September 27, 2021 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

September 7, 2021
Date